UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV08-08505 CBM(SSx) | Date | Jan. 16, 2009 |
|---|---|---|---|
| Title | Golden Trade, et al vs Colorfast Dye & Print House, Inc., et al | | |

| Present: The Honorable | CONSUELO B. MARSHALL |
|---|---|

| Joseph M. Levario | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| n/a | n/a |

**Proceedings:**     (IN CHAMBERS/OFF THE RECORD)

On the Court's own motion, the Order to Show Cause issued on Jan. 13, 2009, (#7) is hereby vacated and set aside.

|  | 00 | : | 00 |
|---|---|---|---|
| Initials of Preparer | | | JL |